IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THOMAS N. PIERZCHALSKI                                                                    PLAINTIFF

       v.                    Civil No. 08-3065
MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 4th day of March 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE